# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA RYAN MURPHY**                                           **PLAINTIFF**
**ADC #760343**

**v.**                              **No: 3:21-cv-98 DPM**

**A. DAVIS, C.O., McPherson Unit;**
**SWAERITS, C.O., McPherson Unit;**
**FAUST, Warden, McPherson Unit; and**
**WILKERSON, Lieutenant, McPherson Unit**          **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Murphy hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2021