IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                            PLAINTIFF
ADC #760343

v.                         No: 3:21-cv-98 DPM

A. DAVIS, C.O., McPherson Unit;
SWAERITS, C.O., McPherson Unit;
FAUST, Warden, McPherson Unit; and
WILKERSON, Lieutenant, McPherson Unit         DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 June 2021